# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Morris Lee Brandon, III, | Case No. 24-CV-778 (JMB/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Sherburne County Sheriff, Joel Brott and Deputies, and Correctional Officers, in their individual and official capacities, | |
| Defendants. | |

This matter is before the Court on Plaintiff Morris Lee Brandon III's Application to Proceed In Forma Pauperis on Appeal.  (Doc. No. 25.)  Brandon filed a notice of appeal regarding this Court's dismissal of his Complaint.  (Doc. No. 24.)

Under 28 U.S.C. § 1915, the Court may authorize a party to proceed on appeal without prepayment of fees, costs, or security, on the affidavit of a party testifying that he is unable to pay such costs, describing the nature of the appeal and his belief that he is entitled to redress.  Based on a review of the record, the Court concludes that Plaintiff should be allowed to proceed with his appeal in forma pauperis.

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT Plaintiff's Application to Proceed In Forma Pauperis on Appeal (Doc. No. 25) is GRANTED.

Dated: June 17, 2024

*/s/ Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court